IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02482-MJW

CYNTHIA KELLY,

Plaintiff,

v.

CREDIT SERVICE COMPANY, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion for Leave to Attend Scheduling Conference by Telephone (Docket No. 11) is granted. Plaintiff's counsel may participate in the November 12, 2014, Scheduling Conference by calling the court at 10:00 a.m. Mountain Time at (303) 844-2403.

Date: November 7, 2014