IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02482-MJW

CYNTHIA KELLY,

Plaintiff,

v.

CREDIT SERVICE COMPANY, INC.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulation [Motion] for Protective Order (docket no 15) is GRANTED finding good cause shown. The written Protective Order (docket no. 15-1) is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: March 11, 2015